UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
TOHO CO., LTD.                                        CIVIL ACTION

v.                                                    NO. 13-5750

NEW ORLEANS LAGER                                     SECTION "F"
& ALE BREWING COMPANY, LLC
```

<u>ORDER</u>

Before the Court is the parties' joint motion to continue certain pre-trial deadlines.  The parties represent that they have reached a tentative settlement, but the settlement of this intellectual property matter involves special terms that may take one week to finalize.  Accordingly, the parties ask that the Court continue the deadline for submitting the pre-trial order, continue the pre-trial conference, and continue the submission date on the plaintiff's motion for partial summary judgment.  Presently, the deadline for submitting the pre-trial order is 4:30 p.m. on Tuesday, April 15, 2014; the plaintiff's motion for partial summary judgment is noticed for submission on Wednesday, April 16, 2014; the pre-trial conference is set for Thursday, April 17, 2014; and the jury trial is scheduled to commence on Monday, May 5, 2014.

IT IS ORDERED: that the pre-trial conference and jury trial are hereby continued, to be reset by the Court.  IT IS FURTHER ORDERED: that the submission date on the plaintiff's motion for

1

partial summary judgment is continued to June 4, 2014, on the papers, unless otherwise ordered.  Finally, IT IS FURTHER ORDERED: that the joint request to continue only certain pre-trial deadlines is DENIED as moot.

                              New Orleans, Louisiana, April 14, 2014

                              _____
                                   MARTIN L. C. FELDMAN
                              UNITED STATES DISTRICT JUDGE